UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

THOMAS J. OLSEN,                                        :
                                                        :
                              Plaintiff,                :
                                                        :          18-CV-5952 (VEC)
             -against-                                  :
                                                        :              ORDER
                                                        :
   GIUSEPPE ZANOTTI AMERICA, INC.,                      :
                                                        :
                              Defendant.  :
-------------------------------------------------------------- X

```
┌─────────────────────────────────┐
│ USDC SDNY                        │
│ DOCUMENT                         │
│ ELECTRONICALLY FILED             │
│ DOC #:_____              │
│ DATE FILED:  12/17/2018          │
└─────────────────────────────────┘
```

VALERIE CAPRONI, United States District Judge:

WHEREAS on November 14, 2018 (Dkt. 13), the Court received a notice of settlement

from the parties;

WHEREAS on November 14, 2018 (Dkt. 14), the Court ordered that this action would be

dismissed unless one or more parties filed a letter before December 14, 2018 requesting that the

action not be dismissed; and

WHEREAS no response has been received from either party;

IT IS HEREBY ORDERED THAT this case is DISMISSED.  The Clerk is respectfully

directed to terminate all open motions and to close the case.

**SO ORDERED.**

Date:  **December 17, 2018**                        _____
       **New York, New York**                        **VALERIE CAPRONI**
                                                     **United States District Judge**